UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

N.Y.C. 2 WAY INTERNATIONAL LTD.,

    Plaintiff,

vs.

BAY RIDGE FEDERAL CREDIT UNION, GENE BRODY, MICHAEL GARTHAFFNER, DR. STEVEN DICKERT, ROBERT BRUMER, ALAN BRODY and DR. ANDREW MARGULIES,

    Defendants.

Case No. 04 Civ. 3238 (CBA)(KAM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 2005 ★

P.M. _____
TIME A.M. _____

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned, who expressly represent that s/he is authorized to sign this Stipulation on behalf of the parties to this action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-entitled action be, and the same is, hereby dismissed on the merits, with prejudice and without costs or attorneys' fees to any party as against any other party and no party being an infant or incompetent person for whom a committee or conservatee has been appointed, and no person not a party having an interest in the subject matter of the action;

**IT IS FURTHER AGREED,** that this Stipulation: (i) may not be modified except by a writing signed by all parties to the Stipulation; and (ii) that the provisions of this Stipulation shall be binding upon and inure to the benefit of each party and its respective successors and assigns; and

IT IS FURTHER AGREED, that this Stipulation may be signed in multiple counterparts, and by facsimile, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute one and the same instrument.

Dated: New York, New York
May 31, 2005

BUCHANAN INGERSOLL PC

By: _____
Evelyn H. Seeler, Esq. (ES-2913)
Diane M. Nardi, Esq. (DN-7472)
Attorneys for Defendant
Bay Ridge Federal Credit Union
One Chase Manhattan Plaza, 35th Floor
New York, New York 10005
(212) 440-4400

LAW OFFICES OF
CURTIS V. TRINKO, LLP

By: _____
Curtis V. Trinko, Esq. (CT-1838)
Jeffrey B. Silverstein (JS-4818)
Attorneys for Plaintiff
N.Y.C. 2 Way International Ltd.
16 West 46th Street, 7th Floor
New York, New York 10036
(212) 490-9550

TORRE, LENTZ, GAMELL, GARY
& RITTMASTER, LLP

By: _____
Roger A. Goodnough, Esq. (RG-0059)
Attorneys for Defendants
Gene Brody, Michael Garthaffner,
Dr. Steven Dickert, Robert Brumer, Alan Brody
and Dr. Andrew Margulies
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753-2702
516-240-8900

SO ORDERED:

/s/ Hon. Carol B. Amon

June 2, '05

2